IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRANDIE PRICE**                                                   **PLAINTIFF**

V.                     **CASE NO.: 3:12-CV-00265-DVM/HTY**

**SONIC DRIVE-IN, TRUMANN, INC.,**
**TREY HARRIS, INDIVIDUALLY**                        **DEFENDANTS**

## CONSENT ORDER TO DISMISS WITH PREJUDICE

This Order is presented to the Court by the Plaintiff through her attorneys, Dennis Zolper, Attorney P.A. and Gregory & LaRue PLLC and the Defendant's attorney, Mr. Steve Miller and the Plaintiff and Defendants through their respective attorneys advise this Court that this matter has been settled and can be dismissed with prejudice.

IT IS ORDERED that the Complaint filed in this case by Brandie Price against the Defendants, Sonic Drive-In, Trumann, Inc. & Trey Harris, Individually is dismissed as to both Defendants with prejudice.

_____
U.S. District Court Judge

Dated: ~~April 22~~ May 2013.

APPROVED:

_____
Dennis Zolper, Attorney for Plaintiff

_____
Gena Gregory, Attorney for Plaintiff

_____
Steve Miller, Attorney for Defendants

1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRANDIE PRICE**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　　　**CASE NO.: 3:12-CV-00265-DVM/HTY**

**SONIC DRIVE-IN, TRUMANN, INC.,**
**TREY HARRIS, INDIVIDUALLY**　　　　　　　　　　　　　**DEFENDANTS**

## CONSENT ORDER TO DISMISS WITH PREJUDICE

　　This Order is presented to the Court by the Plaintiff through her attorneys, Dennis Zolper, Attorney P.A. and Gregory & LaRue PLLC and the Defendant's attorney, Mr. Steve Miller and the Plaintiff and Defendants through their respective attorneys advise this Court that this matter has been settled and can be dismissed with prejudice.

　　IT IS ORDERED that the Complaint filed in this case by Brandie Price against the Defendants, Sonic Drive-In, Trumann, Inc. & Trey Harris, Individually is dismissed as to both Defendants with prejudice.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

Dated: April _____, 2013.

APPROVED:

_____
Dennis Zolper, Attorney for Plaintiff

_____
Gena Gregory, Attorney for Plaintiff

_____
Steve Miller, Attorney for Defendants

1