# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BRANDIE PRICE**                                                         **PLAINTIFF**

v.                              No. 3:12-cv-265-DPM

**SONIC DRIVE-IN; TRUMANN, INC.;**
**and TREY HARRIS, individually**                              **DEFENDANTS**

## JUDGMENT

Price's complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 May 2013