IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRANDIE PRICE**                                                      **PLAINTIFF**

v.                              No. 3:12-cv-265-DPM

**SONIC DRIVE-IN; TRUMANN, INC.;**
**and TREY HARRIS, individually**                         **DEFENDANTS**

## JUDGMENT

Price's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 May 2013